# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# NORTHERN DIVISION

WILLIE WEBB                                                        PLAINTIFF

v.                          NO. 1:11CV00007 HDY

MICHAEL J. ASTRUE,                                               DEFENDANT
Commissioner of the Social
Security Administration

## JUDGMENT

Pursuant to the Memorandum Opinion and Order entered this day, judgment is entered for the Commissioner of the Social Security Administration. The complaint filed by plaintiff Willie Webb is dismissed, and all requested relief is denied.

IT IS SO ORDERED this ____13____ day of September, 2011.


_____
UNITED STATES MAGISTRATE JUDGE